# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>KYLE ANTHONY SHEPHARD,<br><br>                    Defendant. | Case No. 18CR1622-BAS<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>JAN 0 9 2019<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY _____ DEPUTY |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

Count 1- 21:841(a)(1), (b)(1)(C)- Distribution of Fentanyl Resulting in Death (Felony)
Count 1S - 21:841(a)(1), (b)(1)(C) - Distribution of Fentanyl Resulting in Death

Dated: 1/09/2019

Hon. Michael S. Berg
United States Magistrate Judge